# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

151600(71)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CHANCE LOWERY,
               Plaintiff-Appellee,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
            Defendants-Appellants.
_____/

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

      On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 15, 2016, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        August 19, 2016



Clerk